1  Thomas J. Polis, Esq. (SBN 119326)
   **POLIS & ASSOCIATES, APLC**
2  19800 MacArthur Blvd., Suite 1000
   Irvine, California 92612
3  Telephone: (949) 862-0040
   Facsimile: (949) 862-0041
4  Email: tom@polis-law.com

5  General Counsel for TTW Transport, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No.: 8:24-bk-10559-SC |
| **TTW Transport, Inc.,** | **Chapter 11** |
| | Adv. Proc. No.: 8:24-ap-01074-SC |
| **Debtor.** | |
| **TTW Transport, Inc.,** | PLAINTIFF, TTW TRANSPORT, INC.'S STATEMENT TO COURT RE PLAINTIFF'S CORRECTED DISCOVERY ISSUES RE DEFENDANTS DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, EDGAR REYNAGA AND REYNAGA TRUCKING'S MOTION FOR ORDER RE: COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS (ECF NO. 28); AND MOTION FOR ORDER RE: COMPEL RESPONSES TO FIRST AND SECOND INTERROGATORIES (ECF NO. 29) |
| **Plaintiff,** | |
| **vs.** | |
| **David Revolorio, an individual and as a principal of Elite Container Solutions, Inc.; Elite Container Solutions, Inc., a California corporation; Edgar I. Reynaga, an individual and as a principal of Reynaga Trucking, Inc.; Reynaga Trucking, Inc., a California corporation; Rey Jose Garcia, an individual; Shayla Harris, an individual; Box In Motion, Inc., a California corporation; Diana Livas, an individual; and Max Piwdee, an individual,** | |
| | **Hearing:**<br>Date:    August 28, 2024<br>Time:   11:00 a.m.<br>Ctrm:   5C, Fifth Floor (via Zoom)<br>           U.S. Bankruptcy Court<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |
| **Defendant.** | |

1
PLAINTIFF'S STATEMENT RE CORRECT DISCOVERY ISSUES

**TO THE HONORABLE SCOTT C. CLARKSON, U.S. BANKRUTCY JUDGE; DEFENDANTS DAVID REVOLORIO, EDGAR REYNAGA, ELITE CONTAINER SOLUTIONS, REYNAGA TRUCKING AND THEIR COUNSEL OF RECORD; OFFICE OF THE U.S. TRUSTEE – SANTA ANA; AND OTHER PARITIES IN INTEREST:**

Plaintiff and Debtor-in-Possession, TTW Transport, Inc. ("Plaintiff" or "TTW") hereby submits the following Statement *Re: Plaintiff's Corrected Discovery Issues Re: Defendants' Motion to Compel Discovery*. On August 21, 2024, Plaintiff, TTW's counsel served Defendants' counsel the Supplemental Responses to their Interrogatories, Set One and Two. A true and correct copy is attached hereto as Exhibit "A."

**DATED: August 21, 2024**　　　　　　　　　　**POLIS & ASSOCIATES, APLC**

　　　　　　　　　　　　　　　　　　　　　　**By:    /s/  Thomas J. Polis    
　　　　　　　　　　　　　　　　　　　　　　General Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　TTW Transport, Inc.,
　　　　　　　　　　　　　　　　　　　　　　Debtor/Debtor-in-Possession**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document **PLAINTIFF, TTW TRANSPORT, INC.'S STATEMENT TO COURT RE PLAINTIFF'S CORRECTED DISCOVERY ISSUES RE DEFENDANTS DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, EDGAR REYNAGA AND REYNAGA TRUCKING'S MOTION FOR ORDER RE: COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS (ECF NO. 28); AND MOTION FOR ORDER RE: COMPEL RESPONSES TO FIRST AND SECOND INTERROGATORIES (ECF NO. 29)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 21, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Bradley M Rose    brose@kayerose.com, fbrucculeri@kayerose.com;mhuizar@kayerose.com
- David Tong    dtong@peacockpiper.com, portiz@peacockpiper.com; dbrasher@peacockpiper.com; jrice@peacockpiper.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On**, August 21, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson, US Bankruptcy Court, 411 W. Fourth St., #5130, Santa Ana, CA 92701

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 21, 2024 | Cristina Allen | /s/ Cristina Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |